IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARVIN JOHNSON**  PLAINTIFF

V.  **4:23CV00455 JM**

**UNIVERSITY OF ARKANSAS**
**FOR MEDICAL SCIENCES**
**POLICE DEPARTMENT, ET AL.**  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendants and against the Plaintiff.

IT IS SO ORDERED this 11th day of October, 2023.

_____
James M. Moody Jr
United States District